| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter __11__ |
|  ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Lowery's Seafood Restaurant, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)   54-1064620

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **528 Church Lane** | **PO Box 696** |
| **Tappahannock, VA 22560** | **Tappahannock, VA 22560** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Essex** | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)   _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Lowery's Seafood Restaurant, Inc.**  Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor **Lowery's Seafood Restaurant, Inc.**  Case number (*if known*) _____
 Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Lowery's Seafood Restaurant, Inc.**     Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 20, 2020**
                    MM / DD / YYYY

X **/s/ William Lowery, IV.**            **William Lowery, IV.**
Signature of authorized representative of debtor      Printed name

Title

**18. Signature of attorney**

X **/s/ Mark J. Dahlberg**            Date **August 20, 2020**
Signature of attorney for debtor            MM / DD / YYYY

**Mark J. Dahlberg**
Printed name

**Woehrle Dahlberg Yao, PLLC**
Firm name

**2016 Lafayette Blvd., Ste 101**
**Fredericksburg, VA 22401**
Number, Street, City, State & ZIP Code

Contact phone **(540) 898-8881**     Email address **mark.dahlberg1@gmail.com**

**79569 VA**
Bar number and State

Fill in this information to identify the case:
Debtor name  **Lowery's Seafood Restaurant, Inc.**
United States Bankruptcy Court for the:  **EASTERN DISTRICT OF VIRGINIA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| ASCAP<br>PO Box 331608<br>Nashville, TN 37203-7515 | | | | | | $4,584.09 |
| Atlantic Union<br>1649 Tappahannock Blvd.<br>Tappahannock, VA 22560 | | Restaurant | | $24,623.33 | $0.00 | $24,623.33 |
| Atlantic Union Bank<br>PO Box 1010<br>Tappahannock, VA 22560 | | SBA PPP Loan | | | | $180,720.00 |
| Bevan Oyster Co.<br>1090 Shipjack Rd<br>Kinsale, VA 22488 | | | | | | $8,426.00 |
| Commonwealth of Virginia<br>Dept. of Taxation<br>PO Box 2369<br>Richmond, VA 23218-2369 | | | | | | $186,992.81 |
| Dominion Energy Virginia<br>PO Box 26543<br>Richmond, VA 23290 | | Utitlity | | | | $55,997.79 |
| Eco Lab<br>PO Box 32027<br>New York, NY 10087 | | | | | | $7,860.82 |
| Eco Lab<br>PO Box 32027<br>New York, NY 10087 | | Pest Control | | | | $3,842.16 |
| FMS, Inc.<br>PO Box 707600<br>Tulsa, OK 74170-7600 | | | | | | $19,760.08 |

Debtor  **Lowery's Seafood Restaurant, Inc.**                                  Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **IRS** 903 Enterprise Parkway Ste 100 Hampton, VA 23666-5962 | | | | | | $78,904.79 |
| **Little River Seafood, Inc.** 440 Rock Town Rd. Reedville, VA 22539 | | | | | | $15,836.40 |
| **Performance Food Group, Inc.** 2420 Banco Rd Henrico, VA 23228 | | | Disputed | | | $143,221.66 |
| **Restaurant Technologies, Inc.** 12962 Collections Center Chicago, IL 60693 | | | | | | $2,964.66 |
| **River Country** PO Box 1023 Tappahannock, VA 22560 | | Advertising | | | | $1,010.00 |
| **Sam Rust Seafood** PO Box 9760 Hampton, VA 23670 | | | | | | $8,916.13 |
| **SESAC** PO Box 5246 New York, NY 10008-5246 | | | | | | $3,276.18 |
| **Sysco Hampton Roads** 700 Harbor View Blvd. Suffolk, VA 23435 | | | | | | $33,390.69 |
| **Town of Tappahannock** PO Box 266 Tappahannock, VA 22560 | | | | | | $101,000.00 |
| **United Healthcare** PO Box 94017 Palatine, IL 60094 | | Health Insurance | | | | $17,336.85 |
| **Vector Security** 2805 North Parham Rd., Ste 500 Henrico, VA 23294 | | | | | | $2,896.15 |

```
Accident Fund
PO Box 77000
Detroit, MI 48277


ASCAP
PO Box 331608
Nashville, TN 37203-7515


Atlantic Broadband
PO Box 789
Bowling Green, VA 22427


Atlantic Union
1649 Tappahannock Blvd.
Tappahannock, VA 22560


Atlantic Union Bank
PO Box 1010
Tappahannock, VA 22560


Audit Systems, Inc.
1301 Seminole Blvd., Ste 159
Largo, FL 33770


Bevan Oyster Co.
1090 Shipjack Rd
Kinsale, VA 22488


Commonwealth of Virginia
Dept. of Taxation
PO Box 2369
Richmond, VA 23218-2369


Direct TV
PO Box 410347
Charlotte, NC 28241


Dominion Energy Virginia
PO Box 26543
Richmond, VA 23290


Eco Lab
PO Box 32027
New York, NY 10087
```

```
FMS, Inc.
PO Box 707600
Tulsa, OK 74170-7600


Holtzman Propane
PO Box 185
Warsaw, VA 22572


IRS
903 Enterprise Parkway Ste 100
Hampton, VA 23666-5962


Little River Seafood, Inc.
440 Rock Town Rd.
Reedville, VA 22539


Paycheck
1175 John St.
West Henrietta, NY 14586


Performance Food Group, Inc.
2420 Banco Rd
Henrico, VA 23228


Quarles
PO Box 7508
Fredericksburg, VA 22404


Rappahannock Times
PO Box 1025
Tappahannock, VA 22560


Restaurant Technologies, Inc.
12962 Collections Center
Chicago, IL 60693


Richmond Oxygen
11009 Richardson Rd.
Ashland, VA 23005


River Country
PO Box 1023
Tappahannock, VA 22560
```

Robert N. Lowery
241 Riverdale Rd.
Tappahannock, VA 22560


Sam Rust Seafood
PO Box 9760
Hampton, VA 23670


Sands Anderson
c/o Andrew Biondi, Esq.
PO Box 1998
Richmond, VA 23218-1998


Selective Ins
PO Box 371468
Pittsburgh, PA 15250


SESAC
PO Box 5246
New York, NY 10008-5246


Sun Life Financial
PO Box 807009
Kansas City, MO 64184-7009


Sysco Hampton Roads
700 Harbor View Blvd.
Suffolk, VA 23435


Town of Tappahannock
PO Box 266
Tappahannock, VA 22560


United Healthcare
PO Box 94017
Palatine, IL 60094


Vector Security
2805 North Parham Rd., Ste 500
Henrico, VA 23294


Verizon
PO Box 4830
Trenton, NJ 08650

```
Virginia Linen
1440 Hickory Hill Rd
Petersburg, VA 23803


Virginia Penusulas
475 McLaws Circle, ste 3B
Williamsburg, VA 23185


William W. Lowery, III
PO Box 1228
Tappahannock, VA 22560


WRAR
PO Box 1028
Tappahannock, VA 22560
```

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Lowery's Seafood Restaurant, Inc.**                                                               Case No.
Debtor(s)                                                         Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lowery's Seafood Restaurant, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 20, 2020** | **/s/ Mark J. Dahlberg** |
| Date | **Mark J. Dahlberg** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Lowery's Seafood Restaurant, Inc.** |
| | **Woehrle Dahlberg Yao, PLLC** |
| | **2016 Lafayette Blvd., Ste 101** |
| | **Fredericksburg, VA 22401** |
| | **(540) 898-8881 Fax:(540) 898-0755** |
| | **mark.dahlberg1@gmail.com** |